Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRUCE C. BUCK and CHERYL J. BUCK and the marital community comprised thereof,<br><br>                Plaintiffs,<br><br>    v.<br><br>US BANK and EAGLE HOME MORTGAGE, LLC,<br><br>                Defendants. | No. 3:11-cv-05130-RJB<br><br>STIPULATION AND ORDER EXTENDING PRETRIAL DEADLINES AND TRIAL DATE |

## **STIPULATION**

WHEREAS, Plaintiffs Bruce C. and Cheryl J. Buck filed their Complaint against U.S. Bank on February 14, 2011 (Dkt. No. 1);

WHEREAS, on August 2, 2011, Plaintiffs filed an Amended Complaint adding Eagle Home Mortgage, LLC ("Eagle") as a defendant (Dkt. No. 17), and on August 24, 2011, Eagle appeared in this matter through counsel (Dkt. No. 19);

WHEREAS, prior to Plaintiffs filing their Amended Complaint and Eagle appearing in this matter, on July 20, 2011, the Court issued its Minute Order Setting Trial, Pretrial Dates and Ordering Mediation, in which this Court ordered that, among other things,

STIPULATION AND [PROPOSED] ORDER
EXTENDING PRETRIAL DEADLINES AND TRIAL
DATE
NO. 3:11-cv-05130-RJB – Page 1

YARMUTH WILSDON CALFO
818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800  F 206.516.3888

discovery be completed by December 5, 2011, and trial be set for April 2, 2012 (Dkt. No. 15);

WHEREAS, U.S. Bank's partial motion to dismiss Plaintiffs' complaint was filed on October 7, 2011 (Dkt. No. 31) and remains pending; and

WHEREAS, given Eagle's entry into this matter on August 24, 2011, and U.S. Bank's pending motion to dismiss, the parties require additional time to complete discovery and meet other pretrial deadlines;

NOW THEREFORE, the Parties hereby STIPULATE and AGREE that the Court extend all deadlines by six months and enter the following scheduling order:

| | |
|---|---|
| **JURY TRIAL at 9:30 am** | **10/09/12** |
| Deadline for filing of any motion to join parties | 3/30/2012 |
| Disclosure of expert testimony under FRCP 26(a)(2) | 4/05/2012 |
| All Motions related to discovery | 5/14/2012 |
| Discovery completed by | 6/05/2012 |
| All Dispositive motions must be filed by | 7/03/2012 |
| Settlement conference per CR 39.1(c)(2) held no later than | 08/02/2012 |
| Mediation per CR 39.1(c)(3) held no later than | 9/05/2012 |
| Letter of compliance as to CR 39.1 filed by | 9/12/2012 |
| All motions in Limine must be filed by | 9/05/2012 |
| Agreed pretrial order lodged with the Court by | 9/17/2012 |
| Pretrial conference held at **8:30 a.m** | 9/28/2012 |
| Trial Briefs, proposed voir dire questions and jury instructions due | 9/24/2012 |

DATED: November 14, 2011.

STIPULATION AND [PROPOSED] ORDER
EXTENDING PRETRIAL DEADLINES AND TRIAL
DATE
NO. 3:11-cv-05130-RJB – Page 2

YARMUTH WILSDON CALFO
818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800  F 206.516.3888

| | |
|---|---|
| YARMUTH WILSDON CALFO, PLLC | TRIAD LAW GROUP |
| By: *s/Andrea D. Ostrovsky* <br> Andrea D. Ostrovsky, WSBA #37749 <br> Jeremy E. Roller, WSBA #32021 <br> 818 Stewart St., Suite 1400 <br> Seattle, Washington 98101 <br> Phone: 206.516.3800 <br> Fax: 206.516.3888 <br> Email: aostrovsky@yarmuth.com <br>       jroller@yarmuth.com | By: *s/Charles M. Greenberg (per authorization)* <br> Charles M. Greenberg, WSBA #17661 <br> 209 Dayton Street, Suite 105 <br> Edmonds, WA 98020 <br> Phone: 425.774.0138 <br> Fax: 425.672.7867 <br> Email: cmg@triadlawgroup.com <br><br> *Attorneys for Plaintiffs* |
| WEINER BRODSKY SIDMAN KIDER PC <br><br> David Souders (*pro hac vice*) <br> Jason W. McElroy (*pro hac vice*) <br> 1300 19th Street NW  5th Floor <br> Washington DC  20036 <br> Phone: (202) 628-2000 <br> Fax: (202) 628-2011 <br> Email: souders@wbsk.com <br>       mcelroy@wbsk.com <br><br> *Attorneys for Defendant Eagle Home Mortgage* | BISHOP, WHITE, MARSHALL & WEIBEL, P.S. <br><br> By: *s/Rebecca R. Shrader (per authorization)* <br> Rebecca R. Shrader, WSBA #43918 <br> David A. Weibel, WSBA #24031 <br> 720 Olive Way, Suite 1201 <br> Seattle, WA 98101-1801 <br> Phone: 206.622.5306 <br> Fax: 206.622.0354 <br> Email: bshrader@bwmlegal.com <br>       dweibel@bwmlegal.com <br><br> *Attorneys for Defendant U.S. Bank* |

STIPULATION AND [PROPOSED] ORDER
EXTENDING PRETRIAL DEADLINES AND TRIAL
DATE
NO. 3:11-cv-05130-RJB – Page 3

YARMUTH WILSDON CALFO
818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

# ORDER

Upon stipulation of the parties, and good cause appearing, IT IS SO ORDERED.

DATED this 17th day of November, 2011.

_____
ROBERT J. BRYAN
United States District Judge

*Presented by:*

YARMUTH WILSDON CALFO PLLC
By: *s/ Andrea D. Ostrovsky*
Andrea D. Ostrovsky, WSBA No. 37749
Jeremy E. Roller, WSBA No. 32021
818 Stewart Street, Suite 1400
Seattle, WA 98101
Phone: 206.516.3800
Fax: 206.516.3888
Email: aostrovsky@yarmuth.com
       jroller@yarmuth.com
*Attorneys for Defendant Eagle Home Mortgage LLC*

TRIAD LAW GROUP
By: *s/Charles M. Greenberg*
Charles M. Greenberg, WSBA #17661
209 Dayton Street, Suite 105
Edmonds, WA 98020
Phone: 425.774.0138
Fax: 425.672.7867
Email: cmg@triadlawgroup.com
*Attorneys for Plaintiffs*

BISHOP, WHITE, MARSHALL & WEIBEL, P.S.
By: *s/Rebecca R. Shrader*
Rebecca R. Shrader, WSBA #43918
David A. Weibel, WSBA #24031
720 Olive Way, Suite 1201
Seattle, WA 98101-1801
Phone: 206.622.5306
Fax: 206.622.0354
Email: bshrader@bwmlegal.com
       dweibel@bwmlegal.com
*Attorneys for Defendant U.S. Bank*

STIPULATION AND [PROPOSED] ORDER
EXTENDING PRETRIAL DEADLINES AND TRIAL
DATE
NO. 3:11-cv-05130-RJB – Page 4

YARMUTH WILSDON CALFO
818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800  F 206.516.3888